# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00074-CV

**Elijah Nelson, Appellant**

**v.**

**Toree Roy, Appellee**

## FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-17-000335, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 22, 2018. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due August 23, 2018. In granting the most recent extension, this Court advised counsel that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: September 28, 2018